Case 5:25-cv-00441-JKP   Document 12   Filed 05/29/25   Page 1 of 1

FILED
May 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____KKN_____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | 5:25-cv-00141-JKP-ESC |
| | ) | 5:25-cv-00252-FB-HJB |
| MATTHEW ANDREW GARCES | ) | 5:25-cv-00256-FB-RBF |
| | ) | 5:25-cv-00339-JKP-HJB |
| | ) | 5:25-cv-00388-FB-HJB |
| | ) | 5:25-cv-00441-JKP-HJB ✓ |
| | ) | 5:25-cv-00539-OLG-ESC |
| | ) | 5:25-cv-00578-FB |
| | ) | 5:25-cv-00579-XR |
| | ) | 5:25-cv-00580-OLG |

## CEASE AND DESIST ORDER

Before the Court is the conduct of Mr. Matthew Andrew Garces concerning his interactions with the personnel of the District Clerk's Office, San Antonio Division.

On May 27, 2025, Mr. Matthew Andrew Garces created havoc in the District Clerk's Office, which prevented personnel from attending to their professional responsibilities.

Accordingly, Mr. Matthew Andrew Garces is ordered to cease and desist any further emails or telephone calls to the United States District Clerk's Office, San Antonio Division, and will not physically go beyond the Court Security Officers' station and will not enter the District Clerk's Office.

Mr. Matthew Andrew Garces is allowed to file whatever pleadings he wishes to file by United States Postal Service mail or by physically bringing the pleadings to the United States Courthouse to the Court Security Officers' station. Someone from the Clerk's Office will come to that location to receive the matters to be filed.

Should Mr. Matthew Andrew Garces violate this order, he will be ordered to appear and show cause why he should not be held in contempt of this Court. If he is held in contempt, he should expect to either have monetary or jail time sanctions imposed or both.

It is so ORDERED.

SIGNED this 29th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE