Cause Number. 41E2502691

523 RE Group LLC  
Plaintiff(s)  
VS  
Matthew Garces  
Defendant(s)

In Justice Court

Bexar Precinct 4, Place 1

Bexar County, Texas

## JUDGMENT
### (EVICTION/FE&D)

On this day came to be heard the above captioned cause. Plaintiff(s) announced ready. The Court finds that Defendant(s) have been served with citation in accordance with the Rules of Civil Procedure to appear, and have

☑ Appeared  or  ☐ Made Default

The Court, after having examined the pleadings, and heard the evidence and argument of counsel on all matters in controversy as well as of law, finds that the facts alleged in Plaintiff's Complaint have been proven by full and satisfactory evidence, and further finds that Plaintiff(s) properly terminated the lease or tenancy at issue in this case, and therefore, Defendants(s) have forcibly detained the premises described in Plaintiffs Complaint, and that Plaintiff(s) should recover damages for the reasonable rental value of the property, plus attorney fees (if any), plus court costs.

The Court determines that Defendant's monthly rental is $ 1700 of which $ 0 is paid by a government agency, and the remainder is paid by Defendant. If this is a residential eviction case based on non-payment of rent, monthly rent in the same proportional amounts stated above shall be paid each rental pay period during the pendency of any appeal  
**IT IS THEREFORE ORDERED AND DECREED:**

   Plaintiff(s) have restitution of the premises described in Plaintiffs Complaint and have judgment for rent in the amount of $ 6361.29 plus court costs, plus attorney fees in the amount of $ 0 , and interest at the highest rate allowed by law, for all which let execution issue. All writs, including a Writ of Possession, shall issue *in* enforcement of this judgment.  
This judgment finally disposes of all parties and all claims and is appealable.

**Important Notice** If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property. El Aviso Importante Si usted es una persona fisica (y no una compania), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mas informaci6n visitando el sitio www.texaslawhelp.org/exempt-property.

"You may appeal this judgment by filing a bond, making a cash deposit, or filing a Statement of Inability to Afford Payment of Court Costs within 5 days after this judgment was signed. See Texas Rule of Civil Procedure 510.9(a)."

Signed this 7/22/25

By: _Alfredo M Tavera_  
Presiding Judge Alfredo M Tavera  
Justice Court Bexar Precinct 4, Place 1  
8794 East Loop 1604 North #2  
Converse, TX 78109  
Phone 210-335-4900

Defendant's appeal bond is set at $ 3,400

Original