# IN THE JUSTICE OF THE PEACE PRECINCT 4 COURT OF BEXAR COUNTY, TEXAS

**MATTHEW ANDREW GARCES**
*Defendant*
vs.
**523 RE GROUP LLC**
*Plaintiff*

## CAUSE NO. 41E2502691

## STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

I, **MATTHEW ANDREW GARCES**, swear under penalty of perjury that due to my financial condition, I cannot afford to pay court costs, including the filing fee for an appeal, and I am unable to obtain funds to pay these costs.

**FINANCIAL INFORMATION**

1. Employment Status: **Disabled**.

    - Last date of employment: June 8, 2024.

2. **Monthly Expenses:**

    - Rent: $1,700.00

    - Utilities: $350.00

    - Food: $0.00 (currently receiving SNAP benefits = $291.00)

- Medical Expenses: $0.00 (Alamo Area Resource Center pays my BlueCross BlueShield of Texas health insurance premium = $157.01 total)

- Other Essential Expenses: $0.00 (transportation to medical appointments provided by A.A.R.C.)

3. **Assets:**

- Bank Accounts: -$67.00 (currently overdrawn)

- Vehicles: Not applicable.

- Real Estate: Not applicable.

- Other Valuables: $500.00 total (Mac desktop computer, HP printer, computer desk)

4. **Dependents:** 0 (not applicable).

5. **Government Assistance:** [List if you receive SNAP, Medicaid, SSI, etc.]

## **DECLARATION**

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge. I understand that false statements may result in penalties, including dismissal of my appeal.

**Signature:** _____*Matthew Garces*_____

**Printed Name:** Matthew Andrew Garces

**Date:** July 23, 2025.

**Address:** 814 Burnet Street, Apt #3, San Antonio, TX 78202.

**Phone Number:** (210) 966-3554.