FILED
SEP 26 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 15, 2025
Lyle W. Cayce
Clerk

No. 25-50531

---

MATTHEW ANDREW GARCES,

*Plaintiff—Appellant,*

*versus*

ANDY ROSSBACH; ROSSBACH CONSTRUCTION; 523 RE, L.L.C.,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-441 -JKP

---

## UNPUBLISHED ORDER

Before SOUTHWICK, DUNCAN, and ENGELHARDT, *Circuit Judges.*

PER CURIAM:

 This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this personal injury action, Plaintiff filed a notice of appeal from the magistrate judge's report and recommendation to dismiss the case and declare Plaintiff to be a vexatious litigant

 "Federal appellate courts have jurisdiction over appeals only from (1) a final decision under 28 U.S.C. § 1291; (2) a decision that is deemed final

No. 25-50531

due to jurisprudential exception or that has been properly certified as final pursuant to Fed. R. Civ. P. 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or that have been properly certified for appeal by the district court, 28 U.S.C. § 1292(b)." *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993). The report and recommendation of a magistrate judge is not a final order, and it does not fall into any of the other categories that would make it appealable. *See United States v. Cooper*, 135 F.3d 960, 961 (5th Cir. 1998). Moreover, although the district court subsequently adopted the report and recommendation, the present notice of appeal is not effective for purposes of appealing that judgment. *Id.* at 962 ("[T]he recommendation of a magistrate judge is not a final decision and does not in any way dispose of a party's claims.").

Accordingly, the appeal is DISMISSED for want of jurisdiction. All pending motions are DENIED.



Certified as a true copy and issued
as the mandate on Sep 26, 2025

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit